No. 84–263.   DOUBLE H PLASTICS, INC. *v.* SONOCO PRODUCTS Co.   C. A. 3d Cir.   Certiorari denied.   JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 84–5287.   DAVID *v.* AMERICAN TELEPHONE & TELEGRAPH Co. ET AL.   C. A. 11th Cir.   Certiorari denied.   JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 84–284.   NULL MANUFACTURING Co. *v.* LITTLEJOHN. C. A. 4th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.